May Term,
1858.

Jelly
v.
Rice.

Friday,
June 25.

KEGG and Others *v.* WELDEN.

APPEAL from the *Whitley* Circuit Court.

HANNA, J.—This was a proceeding to set aside a deed as fraudulent, &c.

The deed was made by *Kegg* to *James* and *Emanuel Graham.*

There was a return of not found as to *James Graham,* and an order made by the Court that publication be made, &c.

There appears to have been a general demurrer filed by the defendants, which was not, so far as the record shows, disposed of in any way.

The defendants were called, and a decree or judgment rendered as upon a default, without service on, or notice to, *James Graham* being shown by the record.

It is insisted that the Court had no jurisdiction of the person of said *James.* This is a mistake. There was full appearance made when the demurrer was filed; but entering a judgment without having first disposed of the demurrer was erroneous.

*Per Curiam.*—The judgment is reversed, with costs. Cause remanded, &c.

*W. March,* for the appellants.

---

JELLY *v.* RICE.

Friday,
June 25.

APPEAL from the *Ohio* Court of Common Pleas.

*Per Curiam.*—This case is affirmed—the question turning on the evidence. There is some evidence tending to support the verdict of the jury.

The judgment is affirmed, with 1 per cent. damages and costs.

*J. S. Jelly* and *D. S. Major,* for the appellant.